STATE of Missouri, Respondent,

v.

Hollis Andrew BROOKS, Appellant.

No. WD 67496.

Missouri Court of Appeals, Western District.

Dec. 18, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 2008.

Application for Transfer Denied March 18, 2008.

Appeal from the Circuit Court of Boone County, Gary M. Oxenhandler, Judge.

Michael Freeman Jones, Clayton, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jayne T. Wood, Office of Attorney General, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Hollis Andrew Brooks appeals the circuit court's judgment convicting him, after a jury trial, of one count of first-degree assault and one count of armed criminal action. We affirm. Rule 30.25(b).